# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 3, 2010

Marilyn Kelly,
Chief Justice

140014

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

RUTH JAYNES, as Personal Representative of
the Estate of Gregory Jaynes,
             Plaintiff-Appellant,

v

SUALEH KAMAL ASHRAF, M.D., and
BORGESS MEDICAL CENTER,
             Defendants-Appellees,
and

MICHAEL P. HALPIN, M.D.,
             Defendant.

SC: 140014
COA: 287427
Kalamazoo CC: 08-000054-NM

_____/

      On order of the Court, the application for leave to appeal the October 6, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      HATHAWAY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 3, 2010

_____
Clerk

0526